**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kenneth J. Dworek                                    CHAPTER 13
      Colleen S. Dworek
              Debtor(s)                          BKY. NO. 21-10547 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and index same on the master mailing list.

                Respectfully submitted,

                /s/ Maria D. Miksich
                Maria Miksich
                13 Oct 2021, 13:43:34, EDT

                Brian C. Nicholas, Esq. (317240) ☐
                Maria D. Miksich, Esq. (319383) ☑
                Rebecca A. Solarz, Esq. (315936) ☐
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                412-430-3594
                bkgroup@kmllawgroup.com