FILED
10/15/21 9:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-10547-TPA |
| Kenneth J. Dworek and | : | |
| Colleen S. Dworek, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Kenneth J. Dworek and | : | |
| Colleen S. Dworek, | : | |
| Movants | : | |
| vs. | : | |
| No Respondents | : | Related Document No. 8 |

## ORDER

**AND NOW,** to wit this 15th day of October, 2021, the Court having considered the within Motion, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

1. Debtors shall be and hereby are afforded an extension of time until the end of the 22nd day of October, 2021, within which to file their schedules, statements and related information. No further extensions will be granted.

BY THE COURT:

_____asg
Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:     Case No. 21-10547-TPA
Kenneth J. Dworek     Chapter 13
Colleen S. Dworek
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 2
Date Rcvd: Oct 15, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth J. Dworek, Colleen S. Dworek, 60 McKinstery Drive, Coolspring, PA 15730-8500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:

**Name**     **Email Address**

Kenneth P. Seitz
    on behalf of Joint Debtor Colleen S. Dworek thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Kenneth J. Dworek thedebterasers@aol.com

Maria Miksich
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-1 User: mgut Page 2 of 2
Date Rcvd: Oct 15, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 5