Earnings Statement

Location :  [redacted]
Employee Number : [redacted]
Cost Center : [redacted]
Payment Date : 10/06/2021
Pay Period : 09/26/2021 - 10/02/2021
Fed Allow : 00
State Allow : 00

|  | Total Earnings | Tax Deductions | Pre Tax Deduct | Other Deductions | Net Payment |
|---|---|---|---|---|---|
| Current | 2,276.92 | 349.50 | 0.00 | 0.00 | 1,927.42 |
| Year to Date | 12,127.75 | 1,955.31 | 0.00 | 0.00 | 10,172.44 |

| Payments | Hrs/Base | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Moving Expense-GU Net |  |  |  | 500.00 |
| Moving Expense-GU-Tax |  |  |  | 243.15 |
| Regular - Salary | 40.00 | 45.6730 | 1,826.92 | 8,769.22 |
| Holiday Pay |  |  |  | 365.38 |
| Per Diem - NT | 1.00 |  | 450.00 | 2,250.00 |

| Tax Authority / type | Current | YTD Amount |
|---|---|---|
| Federal |  |  |
| Withholding Tax | 153.65 | 931.74 |
| Social Security Tax | 113.27 | 612.42 |
| Medicare Tax | 26.49 | 143.23 |
| Pennsylvania |  |  |
| Withholding Tax | 56.09 | 267.92 |

| Imputed / Fringe | Hrs/Base | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Annuity Fund ER | 1.00 | 1,003.4000 | 1,003.40 | 2,006.80 |
| Pension Fund ER | 1.00 | 2,461.7900 | 2,461.79 | 4,923.58 |
| Health & Welfare Fund ER | 1.00 | 1,223.1100 | 1,223.11 | 2,446.22 |

| Tax Authority | Current | YTD Amount |
|---|---|---|
| Federal |  |  |
| Taxable Wages | 1,826.92 | 9,877.75 |
| Pennsylvania |  |  |
| Taxable Wages | 1,826.92 | 8,726.79 |

| Quota | Hours |
|---|---|
| PTO Balance | 19.25 |

| Payment | Acct Type | Acct Number | Amount |
|---|---|---|---|
| Dir Dep | Checking | ******[redacted] | 1,927.42 |

Location : ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Employee Number : ▇▇▇▇
Cost Center :
Payment Date : 09/29/2021
Pay Period : 09/19/2021 - 09/25/2021
Fed Allow : 00
State Allow : 00

|  | Total Earnings | Tax Deductions | Pre Tax Deduct | Other Deductions | Net Payment |
|---|---|---|---|---|---|
| Current | 3,020.07 | 592.65 | 0.00 | 0.00 | 2,427.42 |
| Year to Date | 9,850.83 | 1,605.81 | 0.00 | 0.00 | 8,245.02 |

| Payments | Hrs/Base | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Moving Expense-GU Net |  |  | 500.00 | 500.00 |
| Moving Expense-GU-Tax |  |  | 243.15 | 243.15 |
| Regular - Salary | 40.00 | 45.6730 | 1,826.92 | 6,942.30 |
| Holiday Pay |  |  |  | 365.38 |
| Per Diem - NT | 1.00 |  | 450.00 | 1,800.00 |

| Tax Authority / type | Current | YTD Amount |
|---|---|---|
| Federal |  |  |
| Withholding Tax | 317.14 | 778.09 |
| Social Security Tax | 159.34 | 499.15 |
| Medicare Tax | 37.27 | 116.74 |
| Pennsylvania |  |  |
| Withholding Tax | 78.90 | 211.83 |

| Imputed / Fringe | Hrs/Base | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Annuity Fund ER |  |  |  | 1,003.40 |
| Pension Fund ER |  |  |  | 2,461.79 |
| Health & Welfare Fund ER |  |  |  | 1,223.11 |

| Tax Authority | Current | YTD Amount |
|---|---|---|
| Federal |  |  |
| Taxable Wages | 2,570.07 | 8,050.83 |
| Pennsylvania |  |  |
| Taxable Wages | 2,570.07 | 6,899.87 |

| Quota | Hours |
|---|---|
| PTO Balance | 15.40 |

| Payment | Acct Type | Acct Number | Amount |
|---|---|---|---|
| Dir Dep | ▇▇▇▇ | ▇▇▇▇ | 2,427.42 |

```
Location :                                    Employee Number :
                                              Cost Center     :
                                              Payment Date    :  09/22/2021
                                              Pay Period      :  09/12/2021 - 09/18/2021
                                              Fed Allow       :  00
                                              State Allow     :  00
```

|  | Total Earnings | Tax Deductions | Pre Tax Deduct | Other Deductions | Net Payment |
|---|---|---|---|---|---|
| Current | 3,176.92 | 349.50 | 0.00 | 0.00 | 2,827.42 |
| Year to Date | 6,830.76 | 1,013.16 | 0.00 | 0.00 | 5,817.60 |

| Payments | Hrs/Base | Rate | Current | YTD Amount | Tax Authority / type | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| Retro-Per Diem - NT | 2.00 |  | 900.00 |  | Federal |  |  |
|  |  |  |  |  | Withholding Tax | 153.65 | 460.95 |
|  |  |  |  |  | Social Security Tax | 113.27 | 339.81 |
| Regular - Salary | 40.00 | 45.6730 | 1,826.92 | 5,115.38 | Medicare Tax | 26.49 | 79.47 |
| Holiday Pay |  |  |  | 365.38 | Pennsylvania |  |  |
| Per Diem - NT | 1.00 |  | 450.00 | 1,350.00 | Withholding Tax | 56.09 | 132.93 |
| Imputed / Fringe | Hrs/Base | Rate | Current | YTD Amount |  |  |  |
| Annuity Fund ER |  |  |  | 1,003.40 | Tax Authority | Current | YTD Amount |
| Pension Fund ER |  |  |  | 2,461.79 |  |  |  |
| Health & Welfare Fund ER |  |  |  | 1,223.11 | Federal |  |  |
|  |  |  |  |  | Taxable Wages | 1,826.92 | 5,480.76 |
|  |  |  |  |  | Pennsylvania |  |  |
|  |  |  |  |  | Taxable Wages | 1,826.92 | 4,329.80 |

| Quota |  | Hours |
|---|---|---|
| PTO Balance |  | 11.55 |

| Payment | Acct Type | Acct Number | Amount |
|---|---|---|---|
| Dir Dep |  |  | 2,827.42 |

Case 21-10547-TPA Doc 13 Filed 10/22/21 Entered 10/22/21 15:11:13 Desc Main
Document Page 4 of 10

Location : ▮▮▮▮▮  Employee Number : ▮▮▮▮
                                              Center : ▮▮▮▮
                                              Payment Date : 09/15/2021
                                              Pay Period   : 09/05/2021 - 09/11/2021
                                              Fed Allow    : 00
                                              State Allow  : 00

|              | Total Earnings | Tax Deductions | Pre Tax Deduct | Other Deductions | Net Payment |
|--------------|---------------:|---------------:|---------------:|-----------------:|------------:|
| Current      | 1,826.92       | 349.50         | 0.00           | 0.00             | 1,477.42    |
| Year to Date | 3,653.84       | 663.66         | 0.00           | 0.00             | 2,990.18    |

| Payments         | Hrs/Base | Rate    | Current  | YTD Amount |
|------------------|---------:|--------:|---------:|-----------:|
| Regular - Salary | 32.00    | 45.6730 | 1,461.54 | 3,288.46   |
| Holiday Pay      | 8.00     | 45.6730 | 365.38   | 365.38     |

| Tax Authority / type      | Current | YTD Amount |
|---------------------------|--------:|-----------:|
| Federal                   |         |            |
|   Withholding Tax         | 153.65  | 307.30     |
|   Social Security Tax     | 113.27  | 226.54     |
|   Medicare Tax            | 26.49   | 52.98      |
| Pennsylvania              |         |            |
|   Withholding Tax         | 56.09   | 76.84      |

| Imputed / Fringe          | Hrs/Base | Rate | Current | YTD Amount |
|---------------------------|----------|------|---------|-----------:|
| Annuity Fund ER           |          |      |         | 1,003.40   |
| Pension Fund ER           |          |      |         | 2,461.79   |
| Health & Welfare Fund ER  |          |      |         | 1,223.11   |

| Tax Authority          | Current  | YTD Amount |
|------------------------|---------:|-----------:|
| Federal                |          |            |
|   Taxable Wages        | 1,826.92 | 3,653.84   |
| Pennsylvania           |          |            |
|   Taxable Wages        | 1,826.92 | 2,502.98   |

| Quota       | Hours |
|-------------|------:|
| PTO Balance | 7.70  |

| Payment | Acct Type | Acct Number | Amount   |
|---------|-----------|-------------|---------:|
| Dir Dep | ▮▮▮▮      | ▮▮▮▮        | 1,477.42 |

Location : ███████████  
Employee Number : ███████  
Cost Center :  
Payment Date : 09/08/2021  
Pay Period : 08/29/2021 - 09/04/2021  
Fed Allow : 00  
State Allow :

|  | Total Earnings | Tax Deductions | Pre Tax Deduct | Other Deductions | Net Payment |
|---|---|---|---|---|---|
| Current | 1,826.92 | 314.16 | 0.00 | 0.00 | 1,512.76 |
| Year to Date | 1,826.92 | 314.16 | 0.00 | 0.00 | 1,512.76 |

| Payments | Hrs/Base | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular - Salary | 40.00 | 45.6730 | 1,826.92 | 1,826.92 |

| Imputed / Fringe | Hrs/Base | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Annuity Fund ER | 1.00 | 1,003.4000 | 1,003.40 | 1,003.40 |
| Pension Fund ER | 1.00 | 2,461.7900 | 2,461.79 | 2,461.79 |
| Health & Welfare Fund ER | 1.00 | 1,223.1100 | 1,223.11 | 1,223.11 |

| Quota | Hours |
|---|---|
| PTO Balance | 3.85 |

| Tax Authority / type | Current | YTD Amount |
|---|---|---|
| Federal | | |
| Withholding Tax | 153.65 | 153.65 |
| Social Security Tax | 113.27 | 113.27 |
| Medicare Tax | 26.49 | 26.49 |
| Pennsylvania | | |
| Withholding Tax | 20.75 | 20.75 |

| Tax Authority | Current | YTD Amount |
|---|---|---|
| Federal | | |
| Taxable Wages | 1,826.92 | 1,826.92 |
| Pennsylvania | | |
| Taxable Wages | 675.96 | 675.96 |

| Payment | Acct Type | Acct Number | Amount |
|---|---|---|---|
| Dir Dep | ███████ | ███████ | 1,512.76 |



```
                                          Kiewit Power Constructors Co.
                                          1550 Mike Fahey St
                                          Omaha, NE 68102-4722
                                          855-527-8255
```



```
                            Earnings statement for :  Kenneth Dworek II
             Location :                               Employee Number :
                                                      Cost Center :
                                                      Payment Date :    08/20/2021
                                                      Pay Period   :    08/15/2021 - 08/21/2021
                                                      Fed Allow    :    03
             YTD Hours Worked  1,979.50               State Allow  :    03
-------------------------------------------------------------------------------------------------
              Total Earnings         Tax Deductions     Pre Tax Deduct    Other Deductions         Net Payment
 Current         3,583.45                902.79              0.00               504.60              2,176.06
 Year to Date  140,171.85             36,591.45              0.00            18,055.94             85,524.46
-------------------------------------------------------------------------------------------------
Payments              Hrs/Base    Rate     Current    YTD Amount  Tax Authority / type      Current     YTD Amount
-------------------------------------------------------------------------------------------------
Retro-Regular Hourly   16.00    49.4000     790.40                Federal
                                                                    Withholding Tax          518.65      21,554.41
                                                                    Social Security Tax      222.17       8,696.85
Retro-OT @ 1.5          2.00    74.1000     148.20                  Medicare Tax              51.96       2,033.94
                                                                  Pennsylvania
                                                                    Withholding Tax          110.01       4,306.25
-------------------------------------------------------------------------------------------------
Imputed / Fringe      Hrs/Base    Rate     Current    YTD Amount
-------------------------------------------------------------------------------------------------
Retro-Annuity Fund ER  19.00     4.7500      90.25                Tax Authority              Current     YTD Amount
Retro-Pension Fund ER  19.00    13.2100     250.99                -------------------------------------------------
Retro-Health & Welfare Fu 19.00  7.0700     134.33                Federal
Retro-Supplemental H&W ER 19.00  0.2500       4.75                  Taxable Wages          3,583.45     140,271.85
Retro-Helmets to Hardhats 18.00  0.0500       0.90                Pennsylvania
Retro-Apprenticeship Fund 18.00  1.1000      19.80                  Taxable Wages          3,583.45     140,271.85
Retro-Boilermakers MOST   18.00  0.3400       6.12
                                                                  -------------------------------------------------
                                                                  Other deductions           Current     YTD Amount
Payments              Hrs/Base    Rate     Current    YTD Amount  -------------------------------------------------
-------------------------------------------------------------     Vacation                   296.38      10,115.27
Regular Hourly         40.00    49.4000   1,976.00    66,172.00   Union Dues                 123.87       4,972.92
PRM-Shift 1 Pm RG-NoOT-H                                          Building Trades             11.60         395.90
PRM-Shift 1 Prem OT1-Hr                                           Boilersmakers MORE          58.00       1,979.50
PRM-Shift 1 Prem OT2-Hr                                           Training Fund               14.75         592.35
PRM-Shift 2 Pm RG-NoOT-H                                112.00
PRM-Shift 2 Prem OT1-Hr                                 177.00    -------------------------------------------------
PRM-Shift 2 Prem OT2-Hr                                  84.00    Payment       Acct Type      Acct Number      Amount
Per Diem GU-NET         1.00                450.00   15,300.00    -------------------------------------------------
Award IMP-GU-Tax                                         48.64    Check                        *****         2,176.06
Per Diem Wkly GU-Tax                        218.85    7,440.57
```



Kiewit Power Constructors Co
1550 Mike Fahey St
Omaha, NE 68102-4722
855-527-8255

Earnings statement for : Kenneth Dworek II

Location :                                     Employee Number :
                                               Cost Center :
                                               Payment Date :      08/19/2021
                                               Pay Period :        08/19/2021 - 08/19/2021
                                               Fed Allow :         03
YTD Hours Worked   1,921.50                    State Allow :       03

|  | Total Earnings | Tax Deductions | Pre Tax Deduct | Other Deductions | Net Payment |
|---|---|---|---|---|---|
| Current | 1,482.00 | 271.13 | 0.00 | 247.17 | 963.70 |
| Year to Date | 136,588.40 | 35,688.66 | 0.00 | 17,551.34 | 83,348.40 |

| Payments | Hrs/Base | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Retro-Regular Hourly | 24.00 | 49.4000 | 1,185.60 | |
| Retro-OT @ 1.5 | 4.00 | 74.1000 | 296.40 | |

| Imputed / Fringe | Hrs/Base | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Retro-Annuity Fund ER | 30.00 | 4.7500 | 142.50 | |
| Retro-Pension Fund ER | 30.00 | 13.2100 | 396.30 | |
| Retro-Health & Welfare Fu | 30.00 | 7.0700 | 212.10 | |
| Retro-Supplemental H&W ER | 30.00 | 0.2500 | 7.50 | |
| Retro-Helmets to Hardhats | 28.00 | 0.0500 | 1.40 | |
| Retro-Apprenticeship Fund | 28.00 | 1.1000 | 30.80 | |
| Retro-Boilermakers MOST | 28.00 | 0.3400 | 9.52 | |

| Payments | Hrs/Base | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular Hourly | | | | 63,405.60 |
| PRM-Shift 1 Pm RG-NoOT-H | | | | |
| PRM-Shift 1 Prem OT1-Hr | | | | |
| PRM-Shift 1 Prem OT2-Hr | | | | |
| PRM-Shift 2 Pm RG-NoOT-H | | | | 112.00 |
| PRM-Shift 2 Prem OT1-Hr | | | | 177.00 |
| PRM-Shift 2 Prem OT2-Hr | | | | 84.00 |
| Per Diem GU-NET | | | | 14,850.00 |
| Award IMP-GU-Tax | | | | 48.64 |
| Per Diem Wkly GU-Tax | | | | 7,221.72 |
| OT @ 1.5 | | | | 36,857.44 |
| OT @ 2.0 | | | | 13,832.00 |

| Imputed / Fringe | Hrs/Base | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Award IMP-GU Net | | | | 100.00 |
| Annuity Fund ER | | | | 10,973.71 |
| Pension Fund ER | | | | 30,518.44 |
| Health & Welfare Fund ER | | | | 16,333.49 |
| Supplemental H&W ER | | | | 577.60 |
| Helmets to Hardhats - ER | | | | 96.10 |
| Apprenticeship Fund ER | | | | 2,113.65 |
| Boilermakers MOST | | | | 653.31 |

| Tax Authority / type | Current | YTD Amount |
|---|---|---|
| Federal | | |
| Withholding Tax | 112.26 | 21,035.7 |
| Social Security Tax | 91.88 | 8,474.6 |
| Medicare Tax | 21.49 | 1,981.9 |
| Pennsylvania | | |
| Withholding Tax | 45.50 | 4,196.2 |

| Tax Authority | Current | YTD Amount |
|---|---|---|
| Federal | | |
| Taxable Wages | 1,482.00 | 136,688.4 |
| Pennsylvania | | |
| Taxable Wages | 1,482.00 | 136,688.4 |

| Other deductions | Current | YTD Amount |
|---|---|---|
| Vacation | 143.08 | 9,818.8 |
| Union Dues | 62.99 | 4,849.0 |
| Building Trades | 5.60 | 384.3 |
| Boilersmakers MORE | 28.00 | 1,921.5 |
| Training Fund | 7.50 | 577.6 |

| Payment | Acct Type | Acct Number | Amount |
|---|---|---|---|
|  |  |  | 125.00 |
|  |  |  | 838.70 |



3555 Farnam St.,
Omaha, NE 68131
855-527-8255

Deposit Amount $**********963.70**

To The        KENNETH DWOREK II
Account(s)    60 MCKINSTRY DRIVE
Of            PO BOX 35
              COOLSPRING, PA 15730

Date              Advice No
08/19/2021

**DIRECT DEPOSIT DISTRIBUTION**

| Acct Type | Account Number | Deposit Amt |
|---|---|---|
|  |  | 125.00 |
|  |  | 838.70 |

**NON-NEGOTIABLE**



```
                                            Kiewit Power Constructors Co.
                                            1550 Mike Fahey St
                                            Omaha, NE 68102-4722
                                            855-527-8255

                              Earnings statement for :  Kenneth Dworek II
           Location :                               Employee Number :
                                                    Cost Center    :
                                                    Payment Date   :  08/11/2021
                                                    Pay Period     :  08/01/2021 - 08/07/2021
                                                    Fed Allow      :  03
           YTD Hours Worked  1,893.50               State Allow    :  03
------------------------------------------------------------------------------------------------
             Total Earnings      Tax Deductions   Pre Tax Deduct    Other Deductions    Net Payment
 Current         3,163.55             765.40            0.00             415.22           1,982.93
 Year to Date  134,437.55          35,198.68            0.00          17,304.17          81,934.70
------------------------------------------------------------------------------------------------
 Payments              Hrs/Base    Rate     Current   YTD Amount | Tax Authority / type     Current     YTD Amount
                                                                 |
 Regular Hourly          40.00   49.4000   1,976.00   62,220.00  | Federal
 PRM-Shift 1 Pm RG-NoOT-H                                        |   Withholding Tax         426.27     20,776.35
 PRM-Shift 1 Prem OT1-Hr                                         |   Social Security Tax     196.14      8,341.33
 PRM-Shift 1 Prem OT2-Hr                                         |   Medicare Tax             45.87      1,950.79
 PRM-Shift 2 Pm RG-NoOT-H                               112.00   | Pennsylvania
 PRM-Shift 2 Prem OT1-Hr                                177.00   |   Withholding Tax          97.12      4,130.21
 PRM-Shift 2 Prem OT2-Hr                                 84.00   |
 Per Diem GU-NET          1.00              450.00   14,400.00   |
 Award IMP-GU-Tax                                        48.64   | Tax Authority             Current     YTD Amount
 Per Diem Wkly GU-Tax                       218.85    7,002.87   |
 OT @ 1.5                 7.00   74.1000    518.70   36,561.04   | Federal
 OT @ 2.0                                            13,832.00   |   Taxable Wages         3,163.55    134,537.55
                                                                 | Pennsylvania
                                                                 |   Taxable Wages         3,163.55    134,537.55
------------------------------------------------------------------|
 Imputed / Fringe      Hrs/Base    Rate     Current   YTD Amount |
                                                                 | Other deductions          Current     YTD Amount
 Award IMP-GU Net                                       100.00   |
 Annuity Fund ER         50.50    4.7500    239.88   10,831.21   |
 Pension Fund ER         50.50   13.2100    667.11   30,122.14   | Vacation                   240.17      9,675.81
 Health & Welfare Fund ER 50.50   7.0700    357.04   16,121.39   | Union Dues                 106.02      4,786.06
 Supplemental H&W ER     50.50    0.2500     12.63      570.10   | Building Trades              9.40        378.70
 Helmets to Hardhats - ER 47.00   0.0500      2.35       94.70   | Boilersmakers MORE          47.00      1,893.50
 Apprenticeship Fund ER  47.00    1.1000     51.70    2,082.85   | Training Fund               12.63        570.10
 Boilermakers MOST       47.00    0.3400     15.98      643.79   |
                                                                 |------------------------------------------------
                                                                 | Payment      Acct Type    Acct Number    Amount
                                                                 |
                                                                 |                                          125.00
                                                                 |                                        1,100.00
```



Kiewit Power Constructors Co.
1550 Mike Fahey St
Omaha, NE 68102-4722
855-527-8255

```
                                    Earnings statement for :  Kenneth Dworek II
                Location :                                     Employee Number :
                                                               Cost Center :
                                                               Payment Date :    08/04/2021
                                                               Pay Period :      07/25/2021 - 07/31/2021
                                                               Fed Allow   :     03
              YTD Hours Worked  1,846.50                       State Allow :     03
---------------------------------------------------------------------------------------------------------
              Total Earnings        Tax Deductions    Pre Tax Deduct    Other Deductions      Net Payment
 Current         3,126.48              753.26              0.00              410.31             1,962.91
 Year to Date  131,274.00           34,433.28              0.00           16,888.95            79,951.77
---------------------------------------------------------------------------------------------------------
Payments               Hrs/Base    Rate      Current    YTD Amount  |Tax Authority / type    Current    YTD Amount
---------------------------------------------------------------------------------------------------------
Regular Hourly          40.00    49.4000    1,976.00    60,244.00   |Federal
PRM-Shift 1 Pm RG-NoOT-H                                            |  Withholding Tax        418.11    20,350.08
PRM-Shift 1 Prem OT1-Hr                                             |  Social Security Tax    193.84     8,145.19
PRM-Shift 1 Prem OT2-Hr                                             |  Medicare Tax            45.33     1,904.92
PRM-Shift 2 Pm RG-NoOT-H                                  112.00    |Pennsylvania
PRM-Shift 2 Prem CT1-Hr                                   177.00    |  Withholding Tax         95.98     4,033.09
PRM-Shift 2 Prem OT2-Hr                                    84.00    |
Per Diem GU-NET          1.00                450.00    13,950.00    |---------------------------------------------
Award IMP-GU-Tax                                           48.64    |Tax Authority            Current    YTD Amount
Per Diem Wkly GU-Tax                         218.83     6,784.02    |---------------------------------------------
OT @ 1.5                 6.50    74.1000     481.65    36,042.34    |Federal
OT @ 2.0                                               13,832.00    |  Taxable Wages         3,126.48   131,374.00
                                                                    |Pennsylvania
                                                                    |  Taxable Wages         3,126.48   131,374.00
---------------------------------------------------------------------------------------------------------
Imputed / Fringe       Hrs/Base    Rate      Current    YTD Amount  |
---------------------------------------------------------------------------------------------------------
Award IMP-GU Net                                          100.00    |Other deductions         Current    YTD Amount
Annuity Fund ER         49.75    4.7500      236.31    10,591.33    |---------------------------------------------
Pension Fund ER         49.75   13.2100      657.20    29,455.03    |Vacation                 237.62     9,435.64
Health & Welfare Fund ER 49.75   7.0700      351.73    15,764.35    |Union Dues               104.45     4,680.04
Supplemental H&W ER     49.75    0.2500       12.44       557.47    |Building Trades            9.30       369.30
Helmets to Hardhats - ER 46.50   0.0500        2.33        92.35    |Boilermakers MORE         46.50     1,846.50
Apprenticeship Fund ER  46.50    1.1000       51.15     2,031.15    |Training Fund             12.44       557.47
Boilermakers MOST       46.50    0.3400       15.81       627.81    |
                                                                    |---------------------------------------------
                                                                    |Payment      Acct Type     Acct Number   Amount
                                                                    |---------------------------------------------
                                                                                                              125.00
                                                                                                            1,100.00
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : Case No. 21-10547-TPA
    Colleen S. Dworek, :
                  Debtor : Chapter 13
                                    :

## DECLARATION OF NO INCOME FROM ANY SOURCE IN THE LAST 6 MONTHS

**AND NOW,** comes the Debtor, Colleen S. Dworek, and affirms under oath that I have had no income from any source in the last six (6) months from the date of the filing of the Chapter 13 Bankruptcy Petition.

**RESPECTFULLY SIGNED**, this 19th day of October, 2021.

                                                                /s/ Colleen S. Dworek
                                                                Colleen S. Dworek