## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 21-10547** |
| **Kenneth J. Dworek** | : **Chapter 13** |
| **Colleen S. Dworek** | : **Judge Thomas P. Agresti** |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **JPMorgan Chase Bank, N.A.** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Kenneth J. Dworek** | : |
| **Colleen S. Dworek** | : |
| **Colleen Dworek** | : |
| **Kenneth J. Dworek, II** | : |

**Ronda J. Winnecour**

     **Respondents.**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/Stephen R. Franks

    Stephen R. Franks, Esquire (0075345)
    Adam B. Hall (323867)
    Edward H. Cahill (0088985)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Stephen R. Franks.
    Contact email is srfranks@manleydeas.com

21-025532_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 21-10547** |
| **Kenneth J. Dworek** | : | **Chapter 13** |
| **Colleen S. Dworek** | : | **Judge Thomas P. Agresti** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Kenneth J. Dworek** | : | |
| **Colleen S. Dworek** | : | |
| **Colleen Dworek** | : | |
| **Kenneth J. Dworek, II** | : | |

**Ronda J. Winnecour**

**Respondents.**

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 25, 2021.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Kenneth P Seitz, Attorney for Kenneth J. Dworek and Colleen S. Dworek, thedebterasers@aol.com

Service by First-Class Mail:
Kenneth J. Dworek, Colleen S. Dworek, Colleen Dworek, and Kenneth J. Dworek, II, 60 McKinstery Drive, Coolspring, PA  15730

EXECUTED ON: October 25, 2021

By: /s/Stephen R. Franks
Signature
Stephen R. Franks, Esquire

21-025532_PS

        Typed Name
        P.O. Box 165028, Columbus, OH 43216-5028
        Address
        614-220-5611
        Phone No.
        0075345
        List Bar I.D. and State of Admission

21-025532_PS