# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-10547-TPA |
| **Kenneth J. Dworek and** | : | |
| **Colleen S. Dworek,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | |
| **Kenneth J. Dworek and** | : | |
| **Colleen S. Dworek,** | : | |
| **Movants** | : | |
| | : | |
| vs. | : | |
| | : | |
| **Barclays Bank Delaware,** | : | |
| **CBCS,** | : | |
| **Capital One Bank USA, N.A.,** | : | |
| **Cavalry SPV I, LLC,** | : | |
| **Chase Auto,** | : | |
| **Comenity Bank/Maurices,** | : | |
| **Dept of Ed/Navient,** | : | |
| **Fed Loan Serv.,** | : | |
| **Heather D. Serian,** | : | |
| **Internal Revenue Service,** | : | |
| **Northwest Consumer Discount Co.,** | : | |
| **OneMain Financial,** | : | |
| **PNC Bank,** | : | |
| **Paypal Credit,** | : | |
| **Penn Highlands Brookville,** | : | |
| **PA Department of Revenue,** | : | |
| **Priority First FCU,** | : | |
| **Quicken Loans,** | : | |
| **Sears/Cbna,** | : | |
| **Syncb/American Eagle,** | : | |
| **Syncb/JCP,** | : | |
| **Syncb/Walmart,** | : | |
| **Synchrony Bank,** | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **(Chapter 13 Trustee)** | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 26th day of October, 2021, a true and correct copy of the Expedited Motion to Extend Automatic Stay Beyond Thirty Days dated October 22, 2021, along with a copy of the Order dated October 25, 2021, by First-Class Mail.  U.S. Postage paid on all Parties on the Court's Mailing Matrix.

| | |
|---|---|
| Executed on: <u>October 26, 2021</u> | Respectfully submitted,<br>/s/ Jessica L. Tighe<br>Jessica L. Tighe; Legal Asst.<br>Law Offices of Kenny P. Seitz<br>P. O. Box 211<br>Ligonier, PA  15658<br>(814) 536-7470 |

_____

*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          PRA Receivables Management, LLC          1
0315-1                                    PO Box 41021                             U.S. Bankruptcy Court
Case 21-10547-TPA                         Norfolk, VA 23541-1021                   U.S. Courthouse, Room B160
WESTERN DISTRICT OF PENNSYLVANIA                                                   17 South Park Row
Erie                                                                               Erie, PA 16501-1169
Fri Oct 22 09:14:34 EDT 2021

Barclays Bank Delaware                    CBCS                                     (p)CAPITAL ONE
Po Box 8803                               P.O. Box 2724                            PO BOX 30285
Wilmington, DE 19899-8803                 Columbus, OH 43216-2724                  SALT LAKE CITY UT 84130-0285


Cavalry SPV I, LLC                        Chase Auto                               Comenity Bank/maurices
500 Summit Lake Drive, Ste 400            Po Box 901003                            Po Box 182789
Valhalla, NY 10595-2321                   Ft Worth, TX 76101-2003                  Columbus, OH 43218-2789


Dept Of Ed/navient                        Fed Loan Serv                            Heather D. Serian
Po Box 9635                               Po Box 60610                             c/o David C. Serene, Esquire
Wilkes Barre, PA 18773-9635               Harrisburg, PA 17106-0610                The Serene Law Firm, PLLC
                                                                                   12 Gorman Avenue
                                                                                   Indiana, PA 15701-2243

Internal Revenue Service                  Northwest Consumer Discount Co.          Office of the United States Trustee
Centralized Insolvency Operation          P.O. Box 2169                            Liberty Center.
P.O. Box 7346                             Butler, PA 16003-2169                    1001 Liberty Avenue, Suite 970
Philadelphia, PA 19101-7346                                                        Pittsburgh, PA 15222-3721


Onemain Fi                                (p)PNC BANK RETAIL LENDING               PayPal Credit
6801 Colwell Blvd                         P O BOX 94982                            P.O. Box 105658
Irving, TX 75039-3198                     CLEVELAND OH 44101-4982                  Atlanta, GA 30348-5658


Penn Highlands Brookville                 Pennsylvania Department of Revenue       Priority First Federal Credit Union
100 Hospital Road                         Bureau of Individual Taxes               364 Midway Drive
Brookville, PA 15825-1367                 P.O. Box 280431                          Du Bois, PA 15801-3864
                                          Harrisburg, PA 17128-0431

Priorty First FCU                         Quicken Loans                            Sears/cbna
364 Midway Drive                          1050 Woodward Avenue                     Po Box 6283
Du Bois, PA 15801-3864                    Detroit, MI 48226-3573                   Sioux Falls, SD 57117-6283


Syncb/amer Eagle Dc                       Syncb/jcp                                Syncb/walmart
Po Box 965005                             Po Box 965007                            4125 Windward Plaza
Orlando, FL 32896-5005                    Orlando, FL 32896-5007                   Alpharetta, GA 30005-8738


Synchrony Bank                            Colleen S. Dworek                        Kenneth J. Dworek
c/o of PRA Receivables Management, LLC    60 McKinstery Drive                      60 McKinstery Drive
PO Box 41021                              Coolspring, PA 15730-8500                Coolspring, PA 15730-8500
Norfolk, VA 23541-1021
```

```
Kenneth P. Seitz                        Ronda J. Winnecour
Law Offices of Kenny P. Seitz           Suite 3250, USX Tower
P.O. Box 211                            600 Grant Street
Ligonier, PA 15658-0211                 Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One Bank Usa N                  PNC Bank
15000 Capital One Dr                    P.O. Box 856177
Richmond, VA 23238                      Louisville, KY 40285
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Rocket Mortgage, LLC f/k/a Quicken Loans,        End of Label Matrix
                                                    Mailable recipients    31
                                                    Bypassed recipients     1
                                                    Total                  32
```