## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          : **Case No. 21-10547-TPA**
**Kenneth J. Dworek and**                 :
**Colleen S. Dworek,**                    : **Chapter 13**
                        **Debtors**       :
                                          :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over

the age of eighteen years old under penalty of perjury that I served or caused to be served, on the

26th day of October, 2021, a true and correct copy of the Order dated October 25, 2021, together

with the above Debtor's Local Form No. 12 (with the complete social security number) by First-

Class Mail.  U.S. Postage paid on the Parties below:

> KIEWIT POWER CONSTRUCTORS CO.
> 1550 MIKE FAHEY STREET
> OMAHA, NE 68102-4722
>
> KENNETH J. DWOREK
> COLLEEN S. DWOREK
> 60 MCKINSTERY DRIVE
> COOLSPRING, PA 15730
>
> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: October 26, 2021        Respectfully submitted,
                                     /s/ Jessica L. Tighe
                                     Jessica L. Tighe; Legal Asst.
                                     Law Offices of Kenny P. Seitz
                                     P. O. Box 211
                                     Ligonier, PA  15658
                                     (814) 536-7470