IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| KENNETH J. DWOREK and COLLEEN S. DWOREK | : | Case No. 21-10547 TPA |
| | : | Chapter 13 |
| *Debtor* | : | |
| | : | |
| KENNETH J. DWOREK and COLLEEN S. DWOREK | : | |
| | : | |
| *Movant* | : | Related to Document No. 15 |
| | : | |
| v. | : | |
| | : | |
| BARCLAYS BANK DELAWARE CBCS, CAPITAL ONE BANK USA, N.A., CAVALRY SPV I, LLC, CHASE AUTO, COMENITY BANK/MAURICES, DEPT. OF ED./NAVIENT, FED LOAN SERV., HEATHER D. SERIAN, INTERNAL REVENUE SERVICE, NORTHWEST CONSUMER DISCOUNT CO., ONEMAIN FINANCIAL, PNC BANK, PAYPAL CREDIT, PENN HIGHLANDS BROOKVILLE, PA DEPARTMENT OF REVENUE, PRIORITY FIRST FCU, QUICKEN LOANS, SEARS/CBNA, SYNCH/ AMERICAN EAGLE, SYNCH/JCP, SYNCH/WALMART, SYNCHRONY BANK, RONDA J. WINNECOUR, ESQ. (CHAPTER 13 TRUSTEE) | : : : : : : : : : : : : : : | |
| *Respondents* | : | Hearing: November 3, 2021 at 11:30 A.M. |

## ORDER

*AND NOW*, this **25th** day of **October, 2021**, an *Expedited Motion to Extend the Automatic Stay* having been filed in the above-captioned proceeding by the Debtors on October 22, 2021 at Document No. 15 ("Motion"),

It is hereby **ORDERED, ADJUDGED and DECREED** that:

1

(1)   Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all Parties against whom relief is sought, their counsel, and the Chapter 13 Trustee. Thereafter, a ***Certificate of Service*** shall ***IMMEDIATELY*** be filed by Counsel for the Moving Party. ***To the extent numbers and addresses are available, service shall also be made by fax and email***. Failure to properly serve the *Motion* or timely file the *Certificate* may result in dismissal of the above-captioned proceeding.

(2)   Any ***Response(s)***, including any consent to the *Motion*, shall be filed with the Clerk's Office **on or before November 1, 2021,** at the U.S. Courthouse, 17 South Park Row, Erie, PA. Any *Response* should be served on the Moving Party, their counsel and the Chapter 13 Trustee.

(3)   On ***November 3, 2021*** at ***11:30 A.M.*** a hearing is scheduled at which time the parties and/or their counsel shall appear via the ***Zoom Video Conference Application*** and must comply with Judge Agresti's ***Updated Notice of Temporary Modification of Appearance Procedures***, dated and effective August 13, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. To participate in and to join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Chambers at 814-464-9760.

(4)   The Debtors shall be prepared to offer testimony in support of their Motion at the time of the hearing.

It is **FURTHER ORDERED** that the automatic stay shall remain in full force and effect pending further order of the Court.

_____asg
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Ronda J. Winnecour, Esq., Ch. 13 Trustee
    Debtor
    Counsel for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10547-TPA |
| Kenneth J. Dworek | Chapter 13 |
| Colleen S. Dworek | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 1 of 2 |
| Date Rcvd: Oct 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth J. Dworek, Colleen S. Dworek, 60 McKinstery Drive, Coolspring, PA 15730-8500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth P. Seitz | on behalf of Joint Debtor Colleen S. Dworek thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Kenneth J. Dworek thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: mgut Page 2 of 2
Date Rcvd: Oct 25, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 5