## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 21-10547-TPA** |
| **Kenneth J. Dworek and** | : | |
| **Colleen S. Dworek,** | : | **Chapter 13** |
| Debtors | : | |
| | : | **Docket No. 27** |
| **Kenneth J. Dworek and** | : | |
| **Colleen S. Dworek,** | : | **Hearing Date & Time: November 3, 2021** |
| Movants | : | **11:30 AM** |
| | : | |
| vs. | : | |
| | : | |
| **Barclays Bank Delaware,** | : | |
| **CBCS,** | : | |
| **Capital One Bank USA, N.A.,** | : | |
| **Cavalry SPV I, LLC,** | : | |
| **Chase Auto,** | : | |
| **Comenity Bank/Maurices,** | : | |
| **Dept of Ed/Navient,** | : | |
| **Fed Loan Serv.,** | : | |
| **Heather D. Serian,** | : | |
| **Internal Revenue Service,** | : | |
| **Northwest Consumer Discount Co.,** | : | |
| **OneMain Financial,** | : | |
| **PNC Bank,** | : | |
| **Paypal Credit,** | : | |
| **Penn Highlands Brookville,** | : | |
| **PA Department of Revenue,** | : | |
| **Priority First FCU,** | : | |
| **Quicken Loans,** | : | |
| **Sears/Cbna,** | : | |
| **Syncb/American Eagle,** | : | |
| **Syncb/JCP,** | : | |
| **Syncb/Walmart,** | : | |
| **Synchrony Bank,** | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **(Chapter 13 Trustee)** | : | |

### CERTIFICATION OF NO OBJECTION REGARDING EXPEDITED MOTION TO EXTEND AUTOMATIC STAY BEYOND THIRTY DAYS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Expedited Motion to Extend Automatic Stay Beyond Thirty Days filed on October 22, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to Expedited Motion to Extend Automatic Stay Beyond Thirty Days appears thereon.

Pursuant to the Notice of Hearing, objections to the Motion to Extend Automatic Stay Beyond Thirty Days were to be filed and served no later than November 1, 2021.

It is hereby respectfully requested that the Order attached to the Expedited Motion to Extend Automatic Stay Beyond Thirty Days be entered by the Court.

Dated: November 2, 2021         /s/ Kenneth P. Seitz, Esquire
                                Kenneth P. Seitz, Esquire
                                PA I.D. #81666
                                Law Offices of Kenny P. Seitz
                                P.O. Box 211
                                Ligonier, PA 15658
                                (814) 536-7470
                                Attorney for Debtors