**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/2/21 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-10547-TPA |
| Kenneth J. Dworek and | : | |
| Colleen S. Dworek, | : | Chapter 13 |
| Debtors | : | |
| | : | (Prior Bankruptcy Case Filed at |
| Kenneth J. Dworek and | : | Docket No. 16-10705-TPA Dismissed |
| Colleen S. Dworek, | : | August 6, 2021) |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Barclays Bank Delaware, | : | |
| CBCS, | : | |
| Capital One Bank USA, N.A., | : | |
| Cavalry SPV I, LLC, | : | |
| Chase Auto, | : | |
| Comenity Bank/Maurices, | : | |
| Dept of Ed/Navient, | : | |
| Fed Loan Serv., | : | |
| Heather D. Serian, | : | |
| Internal Revenue Service, | : | |
| Northwest Consumer Discount Co., | : | |
| OneMain Financial, | : | |
| PNC Bank, | : | |
| Paypal Credit, | : | |
| Penn Highlands Brookville, | : | |
| PA Department of Revenue, | : | |
| Priority First FCU, | : | |
| Quicken Loans, | : | |
| Sears/Cbna, | : | |
| Syncb/American Eagle, | : | |
| Syncb/JCP, | : | Related Document No: 15 |
| Syncb/Walmart, | : | |
| Synchrony Bank, | : | |
| Ronda J. Winnecour, Esquire | : | |
| (Chapter 13 Trustee) | : | |

## ORDER

AND NOW, on this 2nd day of November, 2021, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED AND DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents for the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362 (c)(1) or (c) (2), or a motion for relief is granted under § 362 (d), or until further order of Court. No further extensions will be granted.

BY THE COURT,

Thomas P. Agresti
United States Bankruptcy Judge

asg

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10547-TPA |
| Kenneth J. Dworek | Chapter 13 |
| Colleen S. Dworek | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 1 of 2 |
| Date Rcvd: Nov 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth J. Dworek, Colleen S. Dworek, 60 McKinstery Drive, Coolspring, PA 15730-8500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth P. Seitz | on behalf of Joint Debtor Colleen S. Dworek thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Kenneth J. Dworek thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | |

| District/off: 0315-1 | User: mgut | Page 2 of 2 |
| Date Rcvd: Nov 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

TOTAL: 6