**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                        :
                                                            : Case No. 21-10547-JCM
**Kenneth J. Dworek and**                        :
**Colleen S. Dworek,**                               : Chapter 13
            **Debtors**                                      :
                                                          :

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 3rd day of August, 2023, a true and correct copy of the Order dated August 2, 2023, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

        KIEWIT POWER CONSTRUCTORS CO.
        1550 MIKE FAHEY STREET
        OMAHA, NE 68102-4722

        KENNETH J. DWOREK
        COLLEEN S. DWOREK
        60 MCKINSTERY DRIVE
        COOLSPRING, PA 15730

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

                                            Respectfully submitted,

Executed on: <u>August 3, 2023</u>       /s/ Jessica L. Tighe
                                                           Jessica L. Tighe; Legal Asst.
                                                           Law Offices of Kenny P. Seitz
                                                           P. O. Box 211
                                                           Ligonier, PA  15658
                                                           (814) 536-7470