## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           :
                                                 : Case No. 21-10547-JCM
**Kenneth J. Dworek and**                        :
**Colleen S. Dworek,**                           : Chapter 13
      **Debtors**  :
                                                 :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 3rd day of August, 2023, a true and correct copy of the Order dated August 2, 2023, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> BRIDGING PENNSYLVANIA CONSTRUCTORS
> 1 ALLEGHENY SQUARE
> NOVA TOWER 1 SUITE 300
> PITTSBURGH, PA 15212
>
> KENNETH J. DWOREK
> COLLEEN S. DWOREK
> 60 MCKINSTERY DRIVE
> COOLSPRING, PA 15730

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: <u>August 3, 2023</u>

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470