## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :
                                                  : **Case No. 21-10547-JCM**
**Kenneth J. Dworek and**                         :
**Colleen S. Dworek,**                            : **Chapter 13**
                              **Debtors**         :
                                                  :

## <u>CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12</u>

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over

the age of eighteen years old under penalty of perjury that I served or caused to be served, on the

3rd day of October, 2023, a true and correct copy of the Order dated September 28, 2023, together

with the above Debtor's Local Form No. 12 (with the complete social security number) by First-

Class Mail.  U.S. Postage paid on the Parties below:

> BRIDGING PENNSYLVANIA CONSTRUCTORS
> 1 ALLEGHENY SQUARE
> NOVA TOWER 1 SUITE 300
> PITTSBURGH, PA 15212
>
> KENNETH J. DWOREK
> COLLEEN S. DWOREK
> 60 MCKINSTERY DRIVE
> COOLSPRING, PA 15730
>
> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: <u>October 3, 2023</u>          /s/ Jessica L. Tighe
                                            Jessica L. Tighe; Legal Asst.
                                            Law Offices of Kenny P. Seitz
                                            P. O. Box 211
                                            Ligonier, PA  15658
                                            (814) 536-7470