**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/21/2024

IN RE:

KENNETH J. DWOREK
COLLEEN S. DWOREK
60 MCKINSTERY DRIVE
COOLSPRING, PA 15730
XXX-XX-3942         Debtor(s)

XXX-XX-6232

Case No. 21-10547

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/21/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Details |
|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  WALMART/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  7719 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ROCKET~QUICKEN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br><br>COLUMBUS, OH  43216-5028 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JPMORGAN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 901032<br><br>FT WORTH, TX  76101-2032 | Trustee Claim Number:4   INT %: 5.00%<br>Court Claim Number:2<br><br>CLAIM:  807.51<br>COMMENT:  CHASE AUTO/SCH\*808@5%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1208 |
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS**<br>635 WOODWARD AVE<br><br>DETROIT, MI  48226 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  0.00<br>COMMENT:  675/PL\*PMT/DECLAR\*QUICKEN LOANS/SCH\*DKT4PMT-LMT\*BGN 11/21 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  2315 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM:  0.00<br>COMMENT:  NO YRS/SCH\*CL=$0\*6651@0%/PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  3492 |
| **PA DEPARTMENT OF REVENUE\***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br><br>HARRISBURG, PA  17128-0946 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NO YRS~NTC ONLY/SCH | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  3942 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM:  3,126.05<br>COMMENT:  BARCLAYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0986 |
| **CAPITAL ONE BANK USA NA**<br>15000 CAPITAL ONE DRIVE<br><br>HENRICO, VA  23238 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7766 |
| **CBCS**<br>PO BOX 2724<br><br>COLUMBUS, OH  43216-2724 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5203 |

| CLAIM RECORDS | | |
|---|---|---|
| **COMENITY BANK++**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  MAURICES/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2175 |
| **NAVIENT SOLUTIONS LLC O/B/O AIDVANTAGE**<br>C/O DEPARTMENT OF ED LOAN SERVICES<br>PO BOX 4450<br><br>PORTLAND, OR  97208 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:4-2<br><br>CLAIM:  10,681.98<br>COMMENT:  X0402/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3942 |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9533<br><br>WILKES-BARRE, PA  18773-9533 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0402 |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9533<br><br>WILKES-BARRE, PA  18773-9533 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1029 |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9533<br><br>WILKES-BARRE, PA  18773-9533 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1029 |
| **FEDERAL LOAN SERVICING++**<br>POB 2461<br><br>HARRISBURG, PA  17105 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0002 |
| **HEATHER SERIAN**<br>C/O SERENE LAW FIRM<br>12 GORMAN AVE<br><br>INDIANA, PA  15701 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JDGMNT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2006 |
| **NORTHWEST BANK ASSGNEE NORTHWEST CD**<br>PO BOX 337<br><br>WARREN, PA  16365 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  8,720.28<br>COMMENT:  X0001/SCH*ALSO FLD IN 16-10705 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1504 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  11,707.59<br>COMMENT:  X6130/SCH*ONE MAIN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3286 |
| **PAYPAL CREDIT**<br>PO BOX 965004<br><br>ORLANDO, FL  32896-5004 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0820 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PENN HIGHLANDS BROOKVILLE**<br>100 HOSPITAL RD<br>BROOKVILLE, PA 15825 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0980 | CLAIM: 0.00<br>COMMENT: |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH |
| **PRIORITY FIRST FCU(*)**<br>364 MIDWAY DR<br>DUBOIS, PA 15801-3864 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH |
| **PRIORITY FIRST FCU(*)**<br>364 MIDWAY DR<br>DUBOIS, PA 15801-3864 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8001 | CLAIM: 0.00<br>COMMENT: |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6306 | CLAIM: 0.00<br>COMMENT: NT ADR~SEARS/SCH |
| **SYNCHRONY BANK****<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1343 | CLAIM: 0.00<br>COMMENT: NT ADR~AMERICAN EAGLE/SCH |
| **SYNCHRONY BANK****<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4309 | CLAIM: 0.00<br>COMMENT: NT ADR~JCP/SCH |
| **SYNCHRONY BANK****<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7711 | CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH |
| **CAVALRY SPV I LLC - ASSIGNEE OF CHRYSLER**<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2450 | CLAIM: 7,764.65<br>COMMENT: NT/SCH*AUTO LOAN*CHRGD OFF 2006*INSUFF POD*DK |
| **ROCKET MORTGAGE LLC FKA QUICKEN LOANS**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2315 | CLAIM: 1,922.65<br>COMMENT: 1923/PL*THRU 10/21 |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:5 | ACCOUNT NO.: 3942 |
| PO BOX 7317 | | |
| | CLAIM: 10,330.81 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT: 3942; 6232*NO GEN UNS/SCH*14-15 | |
| | | |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:7 | ACCOUNT NO.: 0001 |
| | | |
| | CLAIM: 185.54 | |
| HOUSTON, TX  77210-4457 | COMMENT: NT/SCH*CHRGD OFF 5/30/21*INSUFF POD*DK | |
| | | |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:9 | ACCOUNT NO.: 0001 |
| | | |
| | CLAIM: 72.59 | |
| HOUSTON, TX  77210-4457 | COMMENT: NT/SCH | |