

# United States Bankruptcy Court

## Western District of Pennsylvania

In re: Kenneth J. Dworek, Debtor                                    Case No. 21-10547-JCM

Chapter 13

**Withdrawal of Claim**

Cavalry SPV I, LLC, through Cavalry Portfolio Services LLC, withdraws its Proof of Claim Number 1-1 filed on October 8 2021, for account number 2450 and in the amount of $ 7,764.65.

Respectfully submitted,

By: /s/ Stephen Gordon
Bankruptcy Specialist
Cavalry Portfolio Services, LLC
P.O. Box 4252
Greenwich, CT 06831
800-501-0909

DATE:   6/25/2024