## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-10547-JCM |
| Kenneth J. Dworek and | : | |
| Colleen S. Dworek, | : | Chapter 13 |
|     Debtors | : | |
| | : | Docket No. 71 |
| Kenneth J. Dworek, | : | |
|     Movant | : | Hearing Date & Time: August 19, 2025 |
| | : |     10:00 AM |
| vs. | : | |
| | : | |
| No Respondents | : | |
|     Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO EMPLOY SPECIAL COUNSEL IN SOCIAL SECURITY DISABILITY CLAIM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Motion to Employ Special Counsel in Social Security Disability Claim filed on July 11, 2025, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Debtor's Motion to Employ Special Counsel in Social Security Disability Claim appears thereon. Pursuant to the Notice of Hearing, objections to the Debtor's Motion to Employ Special Counsel in Social Security Disability Claim were to be filed and served no later than July 28, 2025.

It is hereby respectfully requested that the Order attached to the Debtor's Motion to Employ Special Counsel in Social Security Disability Claim be entered by the Court.

Dated: <u>July 29, 2025</u>　　　　　　　　　　　　/s/ Kenneth P. Seitz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Kenneth P. Seitz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　PA I.D. #81666
　　　　　　　　　　　　　　　　　　　　　　　Law Offices of Kenny P. Seitz
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 211
　　　　　　　　　　　　　　　　　　　　　　　Ligonier, PA 15658
　　　　　　　　　　　　　　　　　　　　　　　(814) 536-7470
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors