FORM JCM 004
Revised:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-10547-JCM |
| **Kenneth J. Dworek and** | : | |
| **Colleen S. Dworek,** | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. |
| **Kenneth J. Dworek,** | : | |
| Movant | : | Related to Docket No. 69 |
| | : | |
| vs. | : | Hearing Date & Time: August 19, 2025 |
| | : | 10:00 AM |
| **No Respondents** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

### ORDER EMPLOYING SPECIAL COUNSEL

   *AND NOW,* this __30th__ day of _____July_____, **2025**, upon consideration of the *Motion for Order of Employment of Special Counsel in Social Security Disability Claim*, it is **ORDERED, ADJUDGED and DECREED** as follows:

   (1) **Amanda J. Bonnesen, Esquire of Berger and Green, located at 800 Waterfront Drive, Pittsburgh, PA 15222** is hereby appointed, as of the date of filing the *Motion*, as **Special Counsel** for the Estate/Debtor pursuant to the terms a legal contingent fee of twenty-five percent (25%) or Nine Thousand Two Hundred Dollars ($9,200.00); whichever is less, if money is recovered, whichever is less described in the Fee Agreement attached to the above referenced *Motion* for the limited purpose of acting as attorney in connection with the interest of the Estate/Debtor in the Debtor's claim for **Social Security Disability Claim** as referenced to in the foregoing *Motion*, **PROVIDED HOWEVER**, no settlement of any claim is to occur without prior Court Order after notice and hearing.

   (2) Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

   (3) Approval of any motion for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order. *Any retainer paid to the Special Counsel is unaffected by this Order and remains property of the Estate until further order of Court.*

          (4)     Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and Special Counsel, this *Order* does not authorize Special Counsel to retain or pay any outside counsel or other professional to assist Special Counsel in this matter unless such is done at no expense to Movant, directly or indirectly. Any other retention of and payment to an outside counsel or other professional is subject to prior approval of the Court.

          (5)     *Movant shall serve the within Order on all interested parties and file a certificate of service.*

_____ dak
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
7/30/25 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10547-JCM |
| Kenneth J. Dworek | Chapter 13 |
| Colleen S. Dworek | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: auto    Page 1 of 2
Date Rcvd: Jul 30, 2025    Form ID: pdf900    Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth J. Dworek, 60 McKinstery Drive, Coolspring, PA 15730-8500 |
| jdb | #+ | Colleen S. Dworek, 60 McKinstery Drive, Coolspring, PA 15730-8500 |
| sp | + | Amanda J. Bonnesen, Law Firm of Berger and Green, 800 Waterfront Drive, Pittsburgh, PA 15222-4793 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025               Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

**Name            Email Address**

Adam Bradley Hall
    on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com

Denise Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Kenneth P. Seitz
    on behalf of Joint Debtor Colleen S. Dworek thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Kenneth J. Dworek thedebterasers@aol.com

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Jul 30, 2025 Form ID: pdf900 Total Noticed: 3

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6