# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-10547-JCM |
| **Kenneth J. Dworek and** | : | |
| **Colleen S. Dworek,** | : | Chapter 13 |
| Debtors | : | |
| | : | |
| **Kenneth J. Dworek,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **No Respondents** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE OF ORDER EMPLOYING SPECIAL COUNSEL

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 5th day of August, 2025, a true and correct copy of the Order Employing Special Counsel on July 30, 2025, on all creditors on the Court's Mailing Matrix by First-Class Mail U.S. Postage paid. **Special Counsel; Amanda J. Bonnesen, Esquire** was served electronically.

                                                                              Respectfully submitted,

Executed on: <u>August 5, 2025</u>               /s/ Jessica L. Tighe
                                                                    Jessica L. Tighe; Legal Asst.
                                                                    Law Offices of Kenny P. Seitz
                                                                    P. O. Box 211
                                                                    Ligonier, PA  15658
                                                                    (814) 536-7470

---

*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 21-10547-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Fri Oct 22 09:14:34 EDT 2021 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | CBCS<br>P.O. Box 2724<br>Columbus, OH 43216-2724 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Chase Auto<br>Po Box 901003<br>Ft Worth, TX 76101-2003 | Comenity Bank/maurices<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | Heather D. Serian<br>c/o David C. Serene, Esquire<br>The Serene Law Firm, PLLC<br>12 Gorman Avenue<br>Indiana, PA 15701-2243 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Northwest Consumer Discount Co.<br>P.O. Box 2169<br>Butler, PA 16003-2169 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Onemain Fi<br>6801 Colwell Blvd<br>Irving, TX 75039-3198 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PayPal Credit<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 |
| Penn Highlands Brookville<br>100 Hospital Road<br>Brookville, PA 15825-1367 | Pennsylvania Department of Revenue<br>Bureau of Individual Taxes<br>P.O. Box 280431<br>Harrisburg, PA 17128-0431 | Priority First Federal Credit Union<br>364 Midway Drive<br>Du Bois, PA 15801-3864 |
| Priorty First FCU<br>364 Midway Drive<br>Du Bois, PA 15801-3864 | Quicken Loans<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 | Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 |
| Syncb/amer Eagle Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/walmart<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Colleen S. Dworek<br>60 McKinstery Drive<br>Coolspring, PA 15730-8500 | Kenneth J. Dworek<br>60 McKinstery Drive<br>Coolspring, PA 15730-8500 |

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

PNC Bank
P.O. Box 856177
Louisville, KY 40285

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Rocket Mortgage, LLC f/k/a Quicken Loans,

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32