**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| **Kenneth J. Dworek and** | ) | **Case No. 21-10547-JCM** |
| **Colleen S. Dworek,** | ) | |
| **Debtors** | ) | **Chapter 13** |
| | ) | |
| | ) | Related Document No. 51 |

<u>**STIPULATED ORDER MODIFYING PLAN**</u>

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☑     a motion to dismiss case or certificate of default requesting dismissal

❑     a plan modification sought by:     _____

❑     a motion to lift stay
        as to creditor     _____

❑     Other:     _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑     Chapter 13 Plan dated
☑     Amended Chapter 13 Plan dated <u>August 22, 2023</u>

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑     Debtors' Plan payments shall be changed from <u>$1,400.00</u> to <u>$2,035.00,</u> effective <u>October 2025; and/or the Plan term shall remain at__60__ months. The Debtors advise payments were missed due to unemployment. The Husband-Debtor has returned to work.</u>

-1-

❑     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑     Debtor(s) shall file and serve _____ on or before _____.

❑     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☑     Other: <u>Trustee's Certificate of Default (Doc #76) is resolved by this Order.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this <u>2nd</u> day of <u>October</u>, <u>2025</u>

Dated: <u>October 2, 2025</u>

John C. Melaragno                    SIGNED
United States Bankruptcy Judge   10/2/25 11:17 am
                                     CLERK
                                     U.S. BANKRUPTCY
                                     COURT - WDPA

Stipulated by:                       Stipulated by:

/s/ Kenneth P. Seitz, Esquire        /s/ James C. Warmbrodt, Esquire
Counsel to Debtor                    Counsel to Chapter 13 Trustee


Stipulated by:


_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 21-10547-JCM

Kenneth J. Dworek                                                               Chapter 13

Colleen S. Dworek

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                    Page 1 of 3

Date Rcvd: Oct 02, 2025                       Form ID: pdf900                                Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Kenneth J. Dworek, 60 McKinstery Drive, Coolspring, PA 15730-8500 |
| jdb | + | Colleen S. Dworek, 55 Fike Lane, Brookville, PA 15825-8751 |
| sp | + | Amanda J. Bonnesen, Law Firm of Berger and Green, 800 Waterfront Drive, Pittsburgh, PA 15222-4793 |
| 15419921 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 15419922 | + | Heather D. Serian, c/o David C. Serene, Esquire, The Serene Law Firm, PLLC, 12 Gorman Avenue, Indiana, PA 15701-2243 |
| 15419924 | + | Northwest Consumer Discount Co., P.O. Box 2169, Butler, PA 16003-2169 |
| 15419927 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 15419928 | + | Pennsylvania Department of Revenue, Bureau of Individual Taxes, P.O. Box 280431, Harrisburg, PA 17128-0431 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: bankruptcy@cavps.com | Oct 03 2025 00:06:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2025 00:27:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15419915 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 03 2025 00:06:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 15419916 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2025 00:14:17 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15419917 | ^ | MEBN | Oct 03 2025 00:03:27 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15421769 | + | Email/Text: bankruptcy@cavps.com | Oct 03 2025 00:06:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15419918 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 03 2025 00:14:22 | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 15419919 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2025 00:06:00 | Comenity Bank/maurices, Po Box 182789, Columbus, OH 43218-2789 |
| 15419920 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 03 2025 00:13:07 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15419923 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2025 00:06:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15426157 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 03 2025 00:26:06 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15426156 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 03 2025 00:15:17 | JPMorgan Chase Bank, NA, Chase Records |

|  |  |  | Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
|---|---|---|---|
| 15427827 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Oct 03 2025 00:15:32 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15433882 | + | Email/Text: Darren.Pedaci@northwest.com Oct 03 2025 00:06:00 | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 15419925 | + | Email/PDF: cbp@omf.com Oct 03 2025 00:14:37 | Onemain Fi, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 15419929 | | Email/Text: Bankruptcy.Notices@pnc.com Oct 03 2025 00:06:00 | PNC Bank, P.O. Box 856177, Louisville, KY 40285 |
| 15434364 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2025 00:15:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15419926 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 03 2025 00:14:16 | PayPal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 15419930 | + | Email/Text: steve@priorityfirstfcu.org Oct 03 2025 00:06:00 | Priority First Federal Credit Union, 364 Midway Drive, Du Bois, PA 15801-3864 |
| 15419931 | + | Email/Text: steve@priorityfirstfcu.org Oct 03 2025 00:06:00 | Priorty First FCU, 364 Midway Drive, Du Bois, PA 15801-3864 |
| 15419932 | + | Email/Text: bankruptcyteam@rocketmortgage.com Oct 03 2025 00:06:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15426232 | + | Email/Text: bankruptcyteam@rocketmortgage.com Oct 03 2025 00:06:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15419933 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Oct 03 2025 00:38:33 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 15419934 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 03 2025 00:14:17 | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15419935 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 03 2025 00:39:20 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15419936 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 03 2025 00:15:17 | Syncb/walmart, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15421947 | ^ | MEBN Oct 03 2025 00:03:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15434153 | | Email/PDF: ebn_ais@aisinfo.com Oct 03 2025 00:13:26 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMorgan Chase Bank, N.A. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Oct 02, 2025 | Form ID: pdf900 | Total Noticed: 36

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | |
| | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| Denise Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | |
| | on behalf of Joint Debtor Colleen S. Dworek thedebterasers@aol.com |
| Kenneth P. Seitz | |
| | on behalf of Debtor Kenneth J. Dworek thedebterasers@aol.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 6