IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-10547-JCM |
| Kenneth J. Dworek and | : | |
| Colleen S. Dworek, | : | Chapter 13 |
|     Debtors | : | |
| | : | Docket No. 86 |
| Kenneth J. Dworek, | : | |
|     Movant | : | Related to Docket Nos. 82; 85 |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |

## CONSENT ORDER OF COURT RESOLVING MOTION TO EMPLOY SPECIAL COUNSEL IN CLASS ACTION PROCEEDING

WHEREAS, Husband-Debtor seeks (at Doc. 82) to employ Special Counsel, Rafey S. Balabanian, Esquire to represent him in a Class Action Proceeding;

WHEREAS, Trustee filed response (at Doc. 85) to pending motion in regards to attorney's fees;

WHEREAS, Debtor's counsel has been notified that all attorney fees will be waived in regards to the pending class action settlement;

AND NOW, therefore, on the consent of the parties (those being the Husband-Debtor and Trustee, no other party having responded to the Motion), it is hereby ORDERED that:

(1) Special Counsel, Rafey S. Balabanian, Esquire, be appointed to represent Debtor in Class Action Proceeding;

(2) The Gross Amount will only be reduced by litigation/settlement costs and any applicable liens; i.e. medical, etc.

(3) The Debtor shall pay over any awarded funds that are not exempted to the Trustee for additional plan funding for unsecured creditors;

(4) The hearing scheduled for December 16, 2025 at 10:00 AM shall be cancelled due to no other responses/objections being filed to the Motion.

So Ordered this _____ day of _____, 20_____.

                                                _____
                                                John C. Melaragno, Judge
                                                United States Bankruptcy Court

**Consented to:**

/s/ Owen W. Katz, Esquire
Owen W. Katz, PA I.D. 36473
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**


/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire PA I.D. 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536.7470
Email: TheDebtErasers@aol.com
**Attorney for Debtors**