IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-10547-JCM |
| **Kenneth J. Dworek and** | : | |
| **Colleen S. Dworek,** | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. 86 |
| **Kenneth J. Dworek,** | : | |
| Movant | : | Related to Docket Nos. 82; 85, 86 |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

## CONSENT ORDER OF COURT RESOLVING MOTION TO EMPLOY SPECIAL COUNSEL IN CLASS ACTION PROCEEDING

WHEREAS, Husband-Debtor seeks (at Doc. 82) to employ Special Counsel, Rafey S. Balabanian, Esquire to represent him in a Class Action Proceeding;

WHEREAS, Trustee filed response (at Doc. 85) to pending motion in regards to attorney's fees;

WHEREAS, Debtor's counsel has been notified that all attorney fees will be waived in regards to the pending class action settlement;

AND NOW, therefore, on the consent of the parties (those being the Husband-Debtor and Trustee, no other party having responded to the Motion), it is hereby ORDERED that:

(1)     Special Counsel, Rafey S. Balabanian, Esquire, be appointed to represent Debtor in Class Action Proceeding;

(2)     The Gross Amount will only be reduced by litigation/settlement costs and any applicable liens; i.e. medical, etc.

(3)     The Debtor shall pay over any awarded funds that are not exempted to the Trustee for additional plan funding for unsecured creditors;

(4)     The hearing scheduled for December 16, 2025 at 10:00 AM shall be cancelled due to no other responses/objections being filed to the Motion.

1

Certificate of Notice    Page 2 of 4

(5)    Nothing in this Order approves or authorizes the settlement, and a separate Motion to Approve Settlement with a Proposed Order that includes the waterfall of proposed distributions must be filed prior to any distribution of settlement funds.

So Ordered this 12th day of December, 2025.

_____jlm
John C. Melaragno, Judge
United States Bankruptcy Court

**Consented to:**

/s/ Owen W. Katz, Esquire
Owen W. Katz, PA I.D. 36473
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

SIGNED
12/12/25 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire PA I.D. 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536.7470
Email: TheDebtErasers@aol.com
**Attorney for Debtors**

2

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10547-JCM |
| Kenneth J. Dworek | Chapter 13 |
| Colleen S. Dworek | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 12, 2025 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth J. Dworek, 60 McKinstery Drive, Coolspring, PA 15730-8500 |
| jdb | + | Colleen S. Dworek, 55 Fike Lane, Brookville, PA 15825-8751 |
| sp | + | Rafey S. Balabanian, Edelson PC, 350 North LaSalle Street, 14th Floor, Chicago, IL 60654-5136 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Colleen S. Dworek thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Kenneth J. Dworek thedebterasers@aol.com |
| Matthew Fissel | |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Dec 12, 2025 | Form ID: pdf900 | Total Noticed: 3

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 7