# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-10547-JCM |
| **Kenneth J. Dworek and** | : | |
| **Colleen S. Dworek,** | : | Chapter 13 |
| Debtors | : | |
| | : | |
| **Kenneth J. Dworek,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **No Respondents** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 15th day of December, 2025, a true and correct copy of the Consent Order of Court Resolving Motion to Employ Special Counsel in Class Action Proceeding dated December 12, 2025, on all creditors on the Court's Mailing Matrix by First-Class Mail U.S. Postage paid. **Special Counsel; Rafey S. Balabanian, Esquire** will be served electronically.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Executed on: <u>December 15, 2025</u> | /s/ Jessica L. Tighe<br>Jessica L. Tighe; Legal Asst.<br>Law Offices of Kenny P. Seitz<br>P. O. Box 211<br>Ligonier, PA  15658<br>(814) 536-7470 |

___

*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing        PRA Receivables Management, LLC       1
0315-1                                  PO Box 41021                          U.S. Bankruptcy Court
Case 21-10547-TPA                       Norfolk, VA 23541-1021                U.S. Courthouse, Room B160
WESTERN DISTRICT OF PENNSYLVANIA                                              17 South Park Row
Erie                                                                          Erie, PA 16501-1169
Fri Oct 22 09:14:34 EDT 2021

Barclays Bank Delaware                  CBCS                                  (p)CAPITAL ONE
Po Box 8803                             P.O. Box 2724                         PO BOX 30285
Wilmington, DE 19899-8803               Columbus, OH 43216-2724               SALT LAKE CITY UT 84130-0285


Cavalry SPV I, LLC                      Chase Auto                            Comenity Bank/maurices
500 Summit Lake Drive, Ste 400          Po Box 901003                         Po Box 182789
Valhalla, NY 10595-2321                 Ft Worth, TX 76101-2003               Columbus, OH 43218-2789


Dept Of Ed/navient                      Fed Loan Serv                         Heather D. Serian
Po Box 9635                             Po Box 60610                          c/o David C. Serene, Esquire
Wilkes Barre, PA 18773-9635             Harrisburg, PA 17106-0610             The Serene Law Firm, PLLC
                                                                              12 Gorman Avenue
                                                                              Indiana, PA 15701-2243

Internal Revenue Service                Northwest Consumer Discount Co.       Office of the United States Trustee
Centralized Insolvency Operation        P.O. Box 2169                         Liberty Center.
P.O. Box 7346                           Butler, PA 16003-2169                 1001 Liberty Avenue, Suite 970
Philadelphia, PA 19101-7346                                                   Pittsburgh, PA 15222-3721


Onemain Fi                              (p)PNC BANK RETAIL LENDING            PayPal Credit
6801 Colwell Blvd                       P O BOX 94982                         P.O. Box 105658
Irving, TX 75039-3198                   CLEVELAND OH 44101-4982               Atlanta, GA 30348-5658


Penn Highlands Brookville               Pennsylvania Department of Revenue    Priority First Federal Credit Union
100 Hospital Road                       Bureau of Individual Taxes            364 Midway Drive
Brookville, PA 15825-1367               P.O. Box 280431                       Du Bois, PA 15801-3864
                                        Harrisburg, PA 17128-0431


Priorty First FCU                       Quicken Loans                         Sears/cbna
364 Midway Drive                        1050 Woodward Avenue                  Po Box 6283
Du Bois, PA 15801-3864                  Detroit, MI 48226-3573                Sioux Falls, SD 57117-6283


Syncb/amer Eagle Dc                     Syncb/jcp                             Syncb/walmart
Po Box 965005                           Po Box 965007                         4125 Windward Plaza
Orlando, FL 32896-5005                  Orlando, FL 32896-5007                Alpharetta, GA 30005-8738


Synchrony Bank                          Colleen S. Dworek                     Kenneth J. Dworek
c/o of PRA Receivables Management, LLC  60 McKinstery Drive                   60 McKinstery Drive
PO Box 41021                            Coolspring, PA 15730-8500             Coolspring, PA 15730-8500
Norfolk, VA 23541-1021
```

```
Kenneth P. Seitz                            Ronda J. Winnecour
Law Offices of Kenny P. Seitz               Suite 3250, USX Tower
P.O. Box 211                                600 Grant Street
Ligonier, PA 15658-0211                     Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One Bank Usa N                      PNC Bank
15000 Capital One Dr                        P.O. Box 856177
Richmond, VA 23238                          Louisville, KY 40285
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Rocket Mortgage, LLC f/k/a Quicken Loans,    End of Label Matrix
                                                Mailable recipients   31
                                                Bypassed recipients    1
                                                Total                 32
```