Form 300

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kenneth J. Dworek** | : | Case No. 21−10547−JCM |
| **Colleen S. Dworek** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Kenneth J. Dworek, | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 91 |
| v. | : | |
| Barclays Bank Delaware, | : | Hearing: 2/24/26 at 01:30 PM |
| CBCS, | : | |
| Capital One Bank USA, N.A., | : | |
| Cavalry SPV I, LLC, | : | |
| Chase Auto, | | |
| Comenity Bank/Maurices, | | |
| Dept of Ed/Navient, | | |
| Fed Loan Serv., | | |
| Heather D. Serian, | | |
| Internal Revenue Service, | | |
| Northwest Consumer Discount Co. | | |
| OneMain Financial, | | |
| PNC Bank, | | |
| Paypal Credit, | | |
| Penn Highlands Brookville, | | |
| PA Department of Revenue, | | |
| Priority First FCU, | | |
| Quicken Loans, | | |
| Sears/Cbna, | | |
| Syncb/American Eagle, | | |
| Syncb/JCP, | | |
| Syncb/Walmart, | | |
| Synchrony Bank, | | |
| and | | |
| Ronda J. Winnecour, Esquire, | | |
| Chapter 13 Trustee, | | |
| Additional Respondent | | |
| *Respondent(s).* | | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

      **AND NOW,** this ***The 23rd of January, 2026***, a ***Motion To Be Excused From Filing Redacted Public Copy Of Documents Proposed To Be Filed Under Seal*** having been filed by Debtor at Doc. No. 91,

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. *Counsel* for the Moving Party shall then file a ***Certificate of Service***. ***Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.***

    (2)  **On or before February 9, 2026,** any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

    (3)  This *Motion* is scheduled for hearing on ***February 24, 2026*** at ***01:30 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 , at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(4)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at <u>http://www.pawb.uscourts.gov</u> one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**. The Court may authorize parties or counsel of record to participate in the hearing by telephone per Judge John C Melaragno's procedures on his website at <u>http://www.pawb.uscourts.gov/procedures−3</u>.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: Debtor
     Debtor's Counsel

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10547-JCM |
| Kenneth J. Dworek | Chapter 13 |
| Colleen S. Dworek | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 23, 2026 | Form ID: 300 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth J. Dworek, 60 McKinstery Drive, Coolspring, PA 15730-8500 |
| jdb | + | Colleen S. Dworek, 55 Fike Lane, Brookville, PA 15825-8751 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Colleen S. Dworek thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Kenneth J. Dworek thedebterasers@aol.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 23, 2026 | Form ID: 300 | Total Noticed: 2 |

                wbecf@brockandscott.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 7