**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 21-10547-JCM** |
| **Kenneth J. Dworek and** | : | |
| **Colleen S. Dworek,** | : | **Chapter 13** |
| Debtors | : | |
| | : | |
| **Kenneth J. Dworek,** | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| **Barclays Bank Delaware,** | : | |
| **CBCS,** | : | |
| **Capital One Bank USA, N.A.,** | : | |
| **Cavalry SPV I, LLC,** | : | |
| **Chase Auto,** | : | |
| **Comenity Bank/Maurices,** | : | |
| **Dept of Ed/Navient,** | : | |
| **Fed Loan Serv.,** | : | |
| **Heather D. Serian,** | : | |
| **Internal Revenue Service,** | : | |
| **Northwest Consumer Discount Co.,** | : | |
| **OneMain Financial,** | : | |
| **PNC Bank,** | : | |
| **Paypal Credit,** | : | |
| **Penn Highlands Brookville,** | : | |
| **PA Department of Revenue,** | : | |
| **Priority First FCU,** | : | |
| **Quicken Loans,** | : | |
| **Sears/Cbna,** | : | |
| **Syncb/American Eagle,** | : | |
| **Syncb/JCP,** | : | |
| **Syncb/Walmart,** | : | |
| **Synchrony Bank,** | : | |
| Respondents | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

1

**CERTIFICATE OF SERVICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO FILE UNDER SEAL CERTAIN INFORMATION RELATED TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT IN PERSONAL INJURY CLAIM**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 27th day of January, 2026, a true and correct copy of the Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal Certain Information Related to Debtor's Motion for Entry of an Order Approving Settlement in Personal Injury Claim dated January 23, 2026, along with the Proposed Order and Order Scheduling Date for Response and Hearing on Motion dated January 23, 2026, by First-Class Mail U.S. Postage paid on all the creditors on the attached matrix.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Executed on: <u>January 27, 2026</u> | /s/ Jessica L. Tighe<br>Jessica L. Tighe; Legal Asst.<br>Law Offices of Kenny P. Seitz<br>P. O. Box 211<br>Ligonier, PA  15658<br>(814) 536-7470 |

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing        PRA Receivables Management, LLC        U.S. Bankruptcy Court
0315-1                                  PO Box 41021                           U.S. Courthouse, Room B160
Case 21-10547-TPA                       Norfolk, VA 23541-1021                 17 South Park Row
WESTERN DISTRICT OF PENNSYLVANIA                                               Erie, PA 16501-1169
Erie
Fri Oct 22 09:14:34 EDT 2021

Barclays Bank Delaware                  CBCS                                   (p)CAPITAL ONE
Po Box 8803                             P.O. Box 2724                          PO BOX 30285
Wilmington, DE 19899-8803               Columbus, OH 43216-2724                SALT LAKE CITY UT 84130-0285


Cavalry SPV I, LLC                      Chase Auto                             Comenity Bank/maurices
500 Summit Lake Drive, Ste 400          Po Box 901003                          Po Box 182789
Valhalla, NY 10595-2321                 Ft Worth, TX 76101-2003                Columbus, OH 43218-2789


Dept Of Ed/navient                      Fed Loan Serv                          Heather D. Serian
Po Box 9635                             Po Box 60610                           c/o David C. Serene, Esquire
Wilkes Barre, PA 18773-9635             Harrisburg, PA 17106-0610              The Serene Law Firm, PLLC
                                                                               12 Gorman Avenue
                                                                               Indiana, PA 15701-2243

Internal Revenue Service                Northwest Consumer Discount Co.        Office of the United States Trustee
Centralized Insolvency Operation        P.O. Box 2169                          Liberty Center.
P.O. Box 7346                           Butler, PA 16003-2169                  1001 Liberty Avenue, Suite 970
Philadelphia, PA 19101-7346                                                    Pittsburgh, PA 15222-3721


Onemain Fi                              (p)PNC BANK RETAIL LENDING             PayPal Credit
6801 Colwell Blvd                       P O BOX 94982                          P.O. Box 105658
Irving, TX 75039-3198                   CLEVELAND OH 44101-4982                Atlanta, GA 30348-5658


Penn Highlands Brookville               Pennsylvania Department of Revenue     Priority First Federal Credit Union
100 Hospital Road                       Bureau of Individual Taxes             364 Midway Drive
Brookville, PA 15825-1367               P.O. Box 280431                        Du Bois, PA 15801-3864
                                        Harrisburg, PA 17128-0431


Priorty First FCU                       Quicken Loans                          Sears/cbna
364 Midway Drive                        1050 Woodward Avenue                   Po Box 6283
Du Bois, PA 15801-3864                  Detroit, MI 48226-3573                 Sioux Falls, SD 57117-6283


Syncb/amer Eagle Dc                     Syncb/jcp                              Syncb/walmart
Po Box 965005                           Po Box 965007                          4125 Windward Plaza
Orlando, FL 32896-5005                  Orlando, FL 32896-5007                 Alpharetta, GA 30005-8738


Synchrony Bank                          Colleen S. Dworek                      Kenneth J. Dworek
c/o of PRA Receivables Management, LLC  60 McKinstery Drive                    60 McKinstery Drive
PO Box 41021                            Coolspring, PA 15730-8500              Coolspring, PA 15730-8500
Norfolk, VA 23541-1021
```

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

PNC Bank
P.O. Box 856177
Louisville, KY 40285

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Rocket Mortgage, LLC f/k/a Quicken Loans,

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32