# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 21-10547-JCM** |
| **Kenneth J. Dworek and** | : | |
| **Colleen S. Dworek,** | : | **Chapter 13** |
|                 **Debtors** | : | |
| | : | |
| **Kenneth J. Dworek,** | : | |
|                 **Movant** | : | |
|   **vs.** | : | |
| | : | |
| **Barclays Bank Delaware,** | : | |
| **CBCS,** | : | |
| **Capital One Bank USA, N.A.,** | : | |
| **Cavalry SPV I, LLC,** | : | |
| **Chase Auto,** | : | |
| **Comenity Bank/Maurices,** | : | |
| **Dept of Ed/Navient,** | : | |
| **Fed Loan Serv.,** | : | |
| **Heather D. Serian,** | : | |
| **Internal Revenue Service,** | : | |
| **Northwest Consumer Discount Co.,** | : | |
| **OneMain Financial,** | : | |
| **PNC Bank,** | : | |
| **Paypal Credit,** | : | |
| **Penn Highlands Brookville,** | : | |
| **PA Department of Revenue,** | : | |
| **Priority First FCU,** | : | |
| **Quicken Loans,** | : | |
| **Sears/Cbna,** | : | |
| **Syncb/American Eagle,** | : | |
| **Syncb/JCP,** | : | |
| **Syncb/Walmart,** | : | |
| **Synchrony Bank,** | : | |
|                 **Respondents** | : | |
| | : | |
|         **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|            **Additional Respondent** | : | |

**CERTIFICATE OF SERVICE OF MOTION TO BE EXCUSED FROM FILING REDACTED PUBLIC COPY OF DOCUMENTS PROPOSED TO BE FILED UNDER SEAL**

      I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 27th day of January, 2026, a true and correct copy of the Motion to be Excused from Filing Redacted Public Copy of Documents Proposed to be filed under Seal dated January 23, 2026, along with the Proposed Order and Order Scheduling Date for Response and Hearing on Motion dated January 23, 2026, by First-Class Mail U.S. Postage paid on all the creditors on the attached matrix.

                                                                Respectfully submitted,

Executed on: <u>January 27, 2026</u>            /s/ Jessica L. Tighe
                                                              Jessica L. Tighe; Legal Asst.
                                                              Law Offices of Kenny P. Seitz
                                                              P. O. Box 211
                                                              Ligonier, PA  15658
                                                              (814) 536-7470

_____

*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 21-10547-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Fri Oct 22 09:14:34 EDT 2021 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | CBCS<br>P.O. Box 2724<br>Columbus, OH 43216-2724 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Chase Auto<br>Po Box 901003<br>Ft Worth, TX 76101-2003 | Comenity Bank/maurices<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106-0610 | Heather D. Serian<br>c/o David C. Serene, Esquire<br>The Serene Law Firm, PLLC<br>12 Gorman Avenue<br>Indiana, PA 15701-2243 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Northwest Consumer Discount Co.<br>P.O. Box 2169<br>Butler, PA 16003-2169 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Onemain Fi<br>6801 Colwell Blvd<br>Irving, TX 75039-3198 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PayPal Credit<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 |
| Penn Highlands Brookville<br>100 Hospital Road<br>Brookville, PA 15825-1367 | Pennsylvania Department of Revenue<br>Bureau of Individual Taxes<br>P.O. Box 280431<br>Harrisburg, PA 17128-0431 | Priority First Federal Credit Union<br>364 Midway Drive<br>Du Bois, PA 15801-3864 |
| Priorty First FCU<br>364 Midway Drive<br>Du Bois, PA 15801-3864 | Quicken Loans<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 | Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 |
| Syncb/amer Eagle Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/walmart<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Colleen S. Dworek<br>60 McKinstery Drive<br>Coolspring, PA 15730-8500 | Kenneth J. Dworek<br>60 McKinstery Drive<br>Coolspring, PA 15730-8500 |

```
Kenneth P. Seitz                          Ronda J. Winnecour
Law Offices of Kenny P. Seitz             Suite 3250, USX Tower
P.O. Box 211                              600 Grant Street
Ligonier, PA 15658-0211                   Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One Bank Usa N                    PNC Bank
15000 Capital One Dr                      P.O. Box 856177
Richmond, VA 23238                        Louisville, KY 40285
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Rocket Mortgage, LLC f/k/a Quicken Loans,    End of Label Matrix
                                                Mailable recipients    31
                                                Bypassed recipients     1
                                                Total                  32
```