IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| KENNETH J. DWOREK and COLLEEN S. DWOREK, | : | Case No. 21-10547-JCM |
| *Debtors,* | : | |
| | : | Chapter 13 |
| KENNETH J. DWOREK, | : | Related to Doc. Nos. 90, 98 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| | : | |
| BARCLAYS BANK DELAWARE, | : | |
| CBCS, CAPITAL ONE BANK | : | |
| USA, N.A., CAVALRY SPV I, LLC, | : | |
| CHASE AUTO, COMENITY | : | |
| BANK/MAURICES, DEPT OF | : | |
| ED/MAVIENT, FED LOAN SERV., | : | |
| HEATHER D. SERIAN, | : | |
| INTERNAL REVENUE | : | |
| SERVICES, NORTHWEST | : | |
| CONSUMER DISCOUNT CO., | : | |
| ONEMAIN FINANCIAL, PNC | : | |
| BANK, PAYPAL CREDIT, PENN | : | |
| HIGHLANDS BROOKVILLE, PA | : | |
| DEPARTMENT OF REVENUE, | : | |
| PRIORITY FIRST FCU, QUICKEN | : | |
| LOANS, SEARS/CBNA, | : | |
| SYNCB/AMERICAN EAGLE, | : | |
| SYNCB/JCP, SYNCB/WALMART, | : | |
| SYNCHRONY BANK, | : | |
| *Respondents.* | : | |

**<u>ORDER</u>**

**AND NOW**, this **17th day of February, 2026,** upon the Court's review of the

***Debtor's Motion for Entry of an Order Authorizing the Debtor to File Under Seal Certain***

***Information Related to Debtor's Motion for Entry of an Order Approving Settlement in Personal***

***Injury Claim*** ("Motion") (Doc. 90) and the ***Trustee's Response*** (Doc. 98), and since the Debtor

failed to file the *Motion* in compliance with the Court's Standing Order 21-201 (which can be

1

found at https://www.pawb.uscourts.gov/sites/default/files/staorders/so21-201.pdf), it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the *Motion* is **DENIED** without prejudice to

refiling in accordance with Standing Order 21-201.  The hearing on the *Motion* previously

scheduled for February 24, 2026 at 1:30 P.M. is **CANCELED.**

BY THE COURT:

John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
2/17/26 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2