# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

# Annual Escrow Account Disclosure Statement

KENNETH J DWOREK
P.O BOX 35
COOLSPRING PA 15730

## Loan Information

| | |
|---|---|
| **Loan Number:** | |
| **Property Address:** | 60 McKinstrey Dr |
| | Coolspring, PA 15730 |
| **Statement Date:** | 09/12/2022 |
| **New Payment Effective Date:** | 11/01/2022 |

## 1. Your Escrow Account Items

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Loan Information tab.

**Annual Escrow Account Breakdown**

| Activity | Estimated Amount* | Actual Amount | Next Due |
|---|---|---|---|
| School Taxes | $373.97 | $373.97 | 09/2023 |
| Township Taxes | $329.75 | $329.75 | 04/2023 |
| Homeowners Insurance | $796.00 | $802.00 | 05/2023 |
| **Totals:** | **$1,499.72** | **$1,505.72** | |

*The estimated amounts are based on an amount provided previously or the amount last disbursed.

## 2. Your Escrow Account Has A Shortage

Due to an increase in your taxes and/or insurance, your escrow account is short $9.45. However, we don't bill for shortages that small. We'll review again during your next analysis. Please note, your payment amount may still be changing.

**Projected Escrow Account Balance**

| | |
|---|---|
| Projected Minimum Balance: | $174.13 |
| Required Minimum Balance: | $250.95 |
| **Shortage Amount:** | **$9.45** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

## 3. Your Payment Is Changing

Your escrow payment is increasing.

**Breaking Down The Numbers**

| | Current | New |
|---|---|---|
| Principal & Interest: | $553.49 | $553.49 |
| Escrow Payment: | $124.98 | $125.48 |
| **Monthly Payment:** | **$678.47** | **$678.97** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.



**Mortgage Payment Breakdown**

Current Payment | New Payment

■ Principal & Interest    ■ Escrow Payment

### Quick And Easy Payment Options

| RocketMortgage.com | Rocket Mortgage® mobile app | 24/7 access at (800) 508-0944 |

QL029

THIS SPACE INTENTIONALLY LEFT BLANK

# ROCKET Mortgage

**Annual Escrow Account Disclosure Statement**

1050 Woodward Avenue | Detroit, MI 48226

## 4. A Closer Look At Your Escrow Account History



Total Tax & Insurance Payments (Estimated / Actual)

This chart highlights the differences between the estimated and actual payment amounts for the taxes and insurance and shows the reason for the current shortage.

The actual amounts paid out for taxes and insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax and insurance payment amounts are highlighted in yellow.

### Escrow Account Activity History For November 2021 To October 2022

| Date | Activity | Payments Estimated | Payments Actual | Disbursements Estimated | Disbursements Actual | Balance Estimated | Balance Actual |
|---|---|---|---|---|---|---|---|
| 11/2021 | Beginning Balance | | | | | $500.85 | $65.44 |
| 11/2021 | Deposit | $124.98 | $0.00 | $0.00 | $0.00 | $625.83 | $65.44 |
| 12/2021 | Deposit | $124.98 | $0.00 | $0.00 | $0.00 | $750.81 | $65.44 |
| 01/2022 | Deposit | $124.98 | $0.00 | $0.00 | $0.00 | $875.79 | $65.44 |
| 02/2022 | Deposit | $124.98 | $245.36 | $0.00 | $0.00 | $1,000.77 | $310.80 |
| 03/2022 | Deposit | $124.98 | $122.68 | $0.00 | $0.00 | $1,125.75 | $433.48 |
| 04/2022 | Deposit | $124.98 | $124.98 | $0.00 | $0.00 | $1,250.73 | $558.46 |
| 04/2022 | Withdrawal – TOWNSHIP TAXES | $0.00 | $0.00 | $314.91 | $314.91 | $935.82 | $243.55 |
| 04/2022 | Withdrawal – TOWNSHIP TAXES | $0.00 | $0.00 | $14.84 | $14.84 | $920.98 | $228.71 |
| 04/2022 | Withdrawal – HOMEOWNERS INS | $0.00 | $0.00 | $0.00 | $802.00 | $920.98 | - $573.29 [D] |
| 05/2022 | Deposit | $124.98 | $249.96 | $0.00 | $0.00 | $1,045.96 | - $323.33 [D] |
| 05/2022 | Withdrawal – HOMEOWNERS INS | $0.00 | $0.00 | $796.00 | $0.00 | $249.96 | - $323.33 [D] |
| 06/2022 | Deposit | $124.98 | $124.98 | $0.00 | $0.00 | $374.94 | - $198.35 [D] |
| 07/2022 | Deposit | $124.98 | $124.98 | $0.00 | $0.00 | $499.92 | - $73.37 [D] |
| 08/2022 | Deposit | $124.98 | $124.98 | $0.00 | $0.00 | $624.90 | $51.61 |
| 09/2022 | Deposit | $124.98 | $624.90 | $0.00 | $0.00 | $749.88 | $676.51 ** |
| 09/2022 | Withdrawal – SCHOOL TAXES | $0.00 | $0.00 | $348.34 | $348.34 | $401.54 | $328.17 ** |
| 09/2022 | Withdrawal – SCHOOL TAXES | $0.00 | $0.00 | $25.63 | $25.63 | $375.91 | $302.54 ** |
| 10/2022 | Deposit | $124.98 | $124.98 | $0.00 | $0.00 | $500.89 | $427.52 ** |
| | Totals | $1,499.76 | $1,867.80 | $1,499.72 | $1,505.72 | | |

** This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.
[D] Your account had or is projected to have a deficiency. This is a negative balance in your account.

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

# Annual Escrow Account Disclosure Statement

## 5. A Closer Look At Projections For Your Escrow Account

### Escrow Account Projection

| Description | Annual Amount |
|---|---|
| TOWNSHIP TAXES: | $329.75 |
| HOMEOWNERS INS: | $802.00 |
| SCHOOL TAXES: | $373.97 |
| **Total Annual Taxes And Insurance:** | **$1,505.72** |
| **New Monthly Escrow Payment:** | **$125.48** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $250.95. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

### Future Escrow Account Activity For November 2022 To October 2023

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 11/2022 | Beginning Balance | | | $427.52 | $504.34 |
| 11/2022 | Deposit | $125.48 | $0.00 | $553.00 | $629.82 |
| 12/2022 | Deposit | $125.48 | $0.00 | $678.48 | $755.30 |
| 01/2023 | Deposit | $125.48 | $0.00 | $803.96 | $880.78 |
| 02/2023 | Deposit | $125.48 | $0.00 | $929.44 | $1,006.26 |
| 03/2023 | Deposit | $125.48 | $0.00 | $1,054.92 | $1,131.74 |
| 04/2023 | Deposit | $125.48 | $0.00 | $1,180.40 | $1,257.22 |
| 04/2023 | Withdrawal – TOWNSHIP TAXES | $0.00 | $314.91 | $865.49 | $942.31 |
| 04/2023 | Withdrawal – TOWNSHIP TAXES | $0.00 | $14.84 | $850.65 | $927.47 |
| 05/2023 | Deposit | $125.48 | $0.00 | $976.13 | $1,052.95 |
| 05/2023 | Withdrawal – HOMEOWNERS INS | $0.00 | $802.00 | $174.13 | $250.95[L] |
| 06/2023 | Deposit | $125.48 | $0.00 | $299.61 | $376.43 |
| 07/2023 | Deposit | $125.48 | $0.00 | $425.09 | $501.91 |
| 08/2023 | Deposit | $125.48 | $0.00 | $550.57 | $627.39 |
| 09/2023 | Deposit | $125.48 | $0.00 | $676.05 | $752.87 |
| 09/2023 | Withdrawal – SCHOOL TAXES | $0.00 | $348.34 | $327.71 | $404.53 |
| 09/2023 | Withdrawal – SCHOOL TAXES | $0.00 | $25.63 | $302.08 | $378.90 |
| 10/2023 | Deposit | $125.48 | $0.00 | $427.56 | $504.38 |
| | **Totals** | **$1,505.76** | **$1,505.72** | | |

[L]This amount denotes the projected low point balance.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084
**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET
Preguntas: (800) 982-2544
Page 3
QL029