# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kenneth J. Dworek**<br>**Colleen S. Dworek**<br>        **Debtor(s)** | **BK NO. 21-10547 TPA**<br><br>**Chapter 13** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>        **Movant**<br>    vs.<br><br>**Kenneth J. Dworek**<br>**Colleen S. Dworek**<br>        **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>        **Trustee** | **Related to Claim No. 3** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 22, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kenneth J. Dworek
60 McKinstery Drive
Coolspring, PA 15730

Colleen S. Dworek
60 McKinstery Drive
Coolspring, PA 15730

Attorney for Debtor(s)
Kenneth P. Seitz, Esq.
Law Offices of Kenneth P. Seitz
P.O. Box 211
Ligonier, PA 15658

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: September 22, 2022

                **/s/Brian C. Nicholas Esquire**
                Brian C. Nicholas Esquire
                Attorney I.D. 317240
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                412-430-3594
                bnicholas@kmllawgroup.com